## December 5, 1979

No. 79–470.  Hudson et al. v. Smith et al.  C. A. 6th Cir.  Certiorari dismissed under this Court's Rule 60.

## December 6, 1979

No. 79–669.  Dawson Chemical Co. et al. v. Rohm & Haas Co.  C. A. 5th Cir.  Certiorari dismissed as to petitioner Helena Chemical Co. under this Court's Rule 60.

## December 10, 1979

No. 79–161.  Masquelette v. Texas.  Appeal from Ct. Crim. App. Tex. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 79–302.  Rankins et al. v. Commission on Professional Competence of the Ducor Union School District et al.  Appeal from Sup. Ct. Cal. dismissed for want of substantial federal question.  Mr. Justice Brennan, Mr. Justice Blackmun, and Mr. Justice Stevens would note probable jurisdiction and set case for oral argument.

No. 79–617.  Smith v. Penta et al.  Appeal from Sup. Ct. N. J. dismissed for want of substantial federal question.

No. 79–628.  California Association of Utility Shareholders v. Public Utilities Commission of California et al.  Appeal from Sup. Ct. Cal. dismissed for want of substantial federal question.